UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHEET METAL WORKERS' NATIONAL
PENSION FUND; NATIONAL ENERGY
MANAGEMENT INSTITUTE COMMITTEE
FOR THE SHEET METAL AND AIR
CONDITIONING INDUSTRY; SHEET METAL
OCCUPATIONAL HEALTH INSTITUTE
TRUST; INTERNATIONAL TRAINING
INSTITUTE FOR THE SHEET METAL AND
AIR CONDITIONING INDUSTRY; and
NATIONAL STABILIZATION AGREEMENT
OF THE SHEET METAL INDUSTRY FUND,

      Plaintiffs,

**ORDER**
**09-CV-0121(SJF)(ARL)**

-against-

ROLF'S METAL TOPS, INC., COVEREX
CORPORATE RISK SOLUTIONS, JOSEPH C.
IORIO, as an Individual, and MATTHEW
AMODEO, as an Individual,

      Defendants.
------------------------------------------------------------X
FEUERSTEIN, J.

  Plaintiffs' motion to sever their claims against Rolf's Metal Tops, Inc. and Joseph C. Iorio pursuant to Rule 21 of the Federal Rules of Civil Procedure having been granted by oral order of the Honorable Thomas C. Platt, Senior Judge of the United States District Court for the Eastern District of New York, on June 24, 2011, it is hereby,

  ORDERED that plaintiffs' claims against Rolf's Metal Tops, Inc. and Joseph C. Iorio are severed and Rolf's Metal Tops, Inc. and Joseph C. Iorio are dropped from this action pursuant to Rule 21 of the Federal Rules of Civil Procedure; and it is further,

  ORDERED that the stay of this action heretofore granted is vacated.

  The Clerk of the Court shall amend the caption and docket of this action in accordance with this Order.

      s/ Sandra J. Feuerstein
      _____
      Sandra J. Feuerstein
      United States District Judge

Dated: July 9, 2014
   Central Islip, New York